FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2022

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS CURTIS COLLUM, SR.,<br><br>Defendant. | 2:22-CR-168-WFN<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

On or about September 30, 2022, in the Eastern District of Washington, the Defendant, THOMAS CURTIS COLLUM, SR., knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm to wit: a Savage, model 311, 12 gauge shotgun, bearing serial number T87351, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, THOMAS CURTIS COLLUM, SR., shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

    a Savage, model 311, 12 gauge shotgun, bearing serial number T87351; and, two rounds of Remington 12 gauge ammunition.

DATED this 6 day of December, 2022.

A TRUE BILL



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Earl A. Hicks_
Earl A. Hicks
Assistant United States Attorney

INDICTMENT – 2